UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **MICHAEL NORMAN MATTESON** | **CIVIL ACTION NO. 18-1265-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **STATE OF LOUISIANA** | **MAGISTRATE JUDGE HORNSBY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims against Caddo Parish Assistant District Attorney Gregory Scott Brady, Judge John Mosely, Judge Roy Brun, the Town of Vivian, Michelle Andrepont, Stan Lockard, Police Chief Sam Curry, Officer Julie Anderson, Officer Pierce, and Officer Paul Arbogast are **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). **IT IS ORDERED** that Plaintiff's civil rights claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction. **IT IS FURTHER ORDERED** that Plaintiff's request for expungement is **DENIED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 28th day of May, 2020.

_____
**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**